U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DEC - 6 2022
CLERK, U.S. DISTRICT COURT
By Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-981 |
| TERELL ANTONE SAULS (01)<br>AUBERT PIERRE CANNON (02) | |

# CRIMINAL COMPLAINT

I, United States Postal Inspector Ryan Calvert, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offenses:**

On or about December 5, 2022, in the Fort Worth Division of the Northern District of Texas, **Terell Antone Sauls** and **Aubert Pierre Cannon,** aiding and abetting each other, knowingly and unlawfully possessed a United States Postal Service mail key, with the intent to use unlawfully or improperly, or cause the same to be unlawfully used or sold, in violation of 18 U.S.C. §§ 1704 and 2.

On or about December 5, 2022, in the Fort Worth Division of the Northern District of Texas, defendants, **Terell Antone Sauls** and **Aubert Pierre Cannon**, aiding and abetting each other, did unlawfully have in their possession, a first-class letter belonging to W.M., which had been stolen, taken, embezzled and abstracted from the United States mail, knowing said mail matter to have been stolen, in violation of 18 U.S.C. §§ 1708 and 2.

**Probable Cause:**

1. I am a U.S. Postal Inspector with the United States Postal Inspection Service (USPIS), assigned to the Fort Worth Division Mail Theft & Violent Crime Team, and have been so employed since June 2013. I am sworn and empowered to investigate criminal activity involving the U.S. Postal Service.

My duties include investigating theft of U.S. Mail, mail fraud, identity theft, access device fraud, bank fraud, and violent crimes committed against U.S. Postal employees.

2. On December 5, 2022, US Postal Inspectors received notification from Fort Worth Police Department("FWPD") of a report of a USPS Blue Collection box being broken into. The caller reported a person in a white sedan with something covering the license plate broke into the box at the 6115 Camp Bowie, Fort Worth, Texas 76116 location.

3. US Postal Inspectors notified surrounding cities that have been known to US Postal Inspectors as locations targeted to be on the lookout for the white sedan vehicle. At approximately 11:49 AM, Lake Worth Police Department ("LWPD") observed the vehicle in the drive through of the Lake Worth Post Office, located at 3930 Telephone Road, Lake Worth, Texas, 76135, which is in the Northern District of Texas, Fort Worth Division. LWPD officers observed one individual exit the vehicle approaching the USPS Blue Collection Box. LWPD activated its lights and the two occupants of the vehicle fled on foot. LWPD secured the vehicle and chased the two unknown suspects. LWPD arrested and detained the two unknown suspects, later identified as **Terell Antone Sauls** and **Aubert Pierre Cannon**.

4. At approximately 12:15 PM, US Postal Inspector Galvez, Stallings, and Calvert arrived at the Lake Worth Post Office. US Postal Inspectors observed USPS mail tubs and U.S. mail belonging to other individuals in the back seat of the vehicle. At approximately 01:45 PM, LWPD located two arrow keys behind the Big Lots, which is in the direction **Sauls** was fleeing from LWPD on foot.

5. Inspector Galvez spoke with victim W.M. regarding mail recovered incident to the arrest of **Sauls** and **Cannon**. W.M. stated he/she placed mail into the USPS blue collection box located at 6115 Camp Bowie Blvd, Fort Worth, TX 76116 on Saturday, December 3, 2022. W.M. is not familiar with **Sauls** or **Cannon** and did not authorize them to be in possession of his/her mail.

6. Based upon the foregoing facts and information, I respectfully submit that there is probable cause to believe that **Terell Antone Sauls** and **Aubert Pierre Cannon,** aiding and abetting each other, knowingly and unlawfully possessed, and used without lawful authority, a U.S. Mail key, with the intent to use unlawfully or improperly, or cause the same to be unlawfully used, in violation of 18 U.S.C. §§ 1704 and 2; and, probable cause to believe that **Terrell Antone Sauls** and **Aubert Pierre Cannon**, aiding and abetting each other, did unlawfully have in their possession First Class Mail, which had been stolen, taken, or abstracted from a mail receptacle, which was an authorized depository for mail matter, knowing said item to have been stolen, all in violation of 18 U.S.C. §§ 1708 and 2.

Ryan Calvert
U.S. Postal Inspector
United States Postal Inspection Service

SWORN TO and SUBSCRIBED before me this 6th day of December, 2022 at 1:27 a.m./p.m. in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE